# UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS B. PUGH, | : | |
|     Petitioner | : | CIVIL ACTION NO. 3:15-CV-0364 |
| | : | (Judge Nealon) |
| v. | : | |
| | : | |
| MICHAEL D. OVERMYER, | : | |
|     Respondent | : | |

## ORDER

**AND NOW, THIS 28TH DAY OF AUGUST, 2017**, based on the accompanying Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus, (Doc. 7), is **DENIED**;

2. There is no basis for the issuance of a certificate of appealabilty. See 28 U.S.C. § 2253(c); and

3. The Clerk of Court is directed to **CLOSE** this matter.

                                                                  /s/ William J. Nealon
                                                                  **United States District Judge**